IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOYCE L. CARRINGTON                                                                                    PLAINTIFF

V.                                        NO. 5:05CV00014 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 15th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE